# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:
ICE custody in Plymouth County Correctional Facility

YOU ARE COMMANDED to have the body of Dione Mateus-Da Silva #90406-511  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __11__, on the __5th__ floor, Boston, Massachusetts on or before June 25, 2025, at **3:00** P. M.

for the purpose of       Rule 11 Hearing

in the case of    UNITED STATES OF AMERICA V.   Dione Mateus-Da Silva

CR Number 25-10235-DJC

And you are to retain the body of said Dione Mateus-Da Silva  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Dione Mateus-Da Silva  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  24th  day of  June 2025 .


/s/ Denise J. Casper
UNITED STATES DISTRICT JUDGE

Robert M. Farrell
CLERK OF COURT

By: /s/ Lisa M. Hourihan
Deputy Clerk

(habe.wpd - 5/27/08)